**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **JESUS GUERRA AND** § | |
| **NORMA GUERRA** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. _____** |
| § | |
| **ALLSTATE FIRE AND CASUALTY** § | **JURY DEMANDED** |
| **INSURANCE COMPANY** § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

**I.**
**BACKGROUND**

Petitioner is a Defendant in a civil action now pending in the County Court at Law No. 1, Cameron County, Texas, Cause Number 2017-CCL-00674, styled *Jesus Guerra and Norma Guerra v. Allstate Fire and Casualty Insurance Company,* wherein Plaintiffs seek monetary relief for property damage and personal injuries as a result of a water leak and resulting mold.

**II.**
**BASIS FOR REMOVAL**

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiffs and the amount in controversy exceeds $75,000.00 exclusive of interests and costs.

## III.
## DIVERSITY IN CITIZENSHIP

The Plaintiffs, Jesus Guerra and Norma Guerra are domiciled in Hidalgo County, in the State of Texas, and were domiciled there at the time this action was commenced. Plaintiffs were at that time and are now citizens of the State of Texas.

Allstate Fire and Casualty Insurance Company is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Plaintiffs' Original Petition does not state a range of damages as required by Texas Rule of Civil Procedure 47. Rather, it asserts damages within the jurisdictional limits of the Court. Plaintiffs allege personal injury and property damage. The lawsuit asserts damages for property damage in the amount of $10,000.00[1] on behalf of Jesus Guerra. Plaintiff also claims damages for reasonable medical care and expenses in the past; reasonable and necessary medical care and expenses in the future; physical pain and suffering in the past; mental anguish in the past, physical pain and suffering in the future; mental anguish in the future; fear of future disease or condition; and cost of medical monitoring and prevention in the future for both Plaintiffs. Further, Plaintiffs did not file a binding stipulation of damages with their petition.

Should Plaintiffs prevail on the claims against Defendant as stated in the Plaintiffs' Original Petition, attached to this Notice, Plaintiffs would be entitled to damages in excess of Seventy-Five

Thousand Dollars ($75,000.00). The applicable policy provides dwelling limits of $104,864.00, other structure limits of $10,486.00 and contents coverage of $78,648.00.[2] Personal injury damages, including medical care for respiratory illnesses will well exceed $75,000.00 if Plaintiffs are successful. Considering Plaintiffs' pleadings and the damages Plaintiffs would be entitled to, should they prevail, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

**V.**

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiffs and Defendant is diverse in citizenship and the amount in controversy exceeds $75,000.00.

**VI.**

This notice of removal is being filed within thirty (30) days after receipt by Petitioners of Plaintiffs' Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

**VII.**

Petitioner's time to answer or remove with respect to the Plaintiffs' Original Petition has not expired. Plaintiffs' Original Petition was served on the Defendant Allstate Fire and Casualty Insurance Company on July 3, 2017.

**VIII.**

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioners, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with

---

[1] See Paragraph 17 of Plaintiff's Original Petition
[2] See attached Exhibit A.

the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, remove this action for trial from the County Court at Law No. 1, Cameron County, Texas to this Court, on this 2nd day of August, 2017.

Respectfully submitted,

BY: /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas  78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS    :
                      :
COUNTY OF HIDALGO     :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 2nd day of August, 2017 to certify which witness my hand and seal of office.


APRIL BURNER
Notary Public, State of Texas
Notary ID #1080438-3
My Commission Expires 3-30-2021

_____
Notary Public, State of Texas

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Everardo Abrego
LAW OFFICE OF EVERARDO ABREGO
944 W. Nolana, Suite C
Pharr, Texas 78577

on this 2nd day of August, 2017.

                                              /s/ *Rosemary Conrad-Sandoval*
                                              ROSEMARY CONRAD-SANDOVAL