IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS GUERRA AND NORMA GUERRA, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-17-154 |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| Defendant. | § | |

# ORDER

Pending is the Magistrate Judge's February 23, 2018, Report and Recommendation in the above-referenced cause of action. [Doc. No. 11] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Plaintiffs' Motion to Remand [Doc. No. 5] is granted and this case is remanded to the Cameron County Court at Law I. Guerra's motion for the award of attorney's fees is denied.

Signed this 19th day of April, 2018.

Andrew S. Hanen
United States District Judge